# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOTHERN** DISTRICT OF **INDIANA**

(Full name of plaintiff(s))

**JAMES KEITH STOCKER**

v.

(Full name of defendant(s))

**Sheriff BRUCE VANOVEN**
**Gibson county Sheriff's Department**
**Gibson county Jail**

FILED
08/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:
3:23-cv-128-RLY-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **INDIANA** (State), and is located at **112 E. EMERSON St, Princeton Indiana 47670** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Sheriff BRUCE VANOVEN** (Name)

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at __112 E. EMERSON St. Princeton IN 47670__ (5)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __Gibson County Sheriff's Department. (SAME)__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

#1. Sheriff Bruce VanOuen. #2. Derlico to provide me with Eye care while AND During incarasation At The Jail, #3. After many attempts to Alert medical staff I need To Be seen By An Eye Doctor Due to Diabetic Retinopthay In The Left Eye. I was Denied Several Times "VIA" Grievence process By medical staff At The Jail, Stating They Do-NOT Provide Eye Care At This Facility For Inmates. #4-#5 Nurse states your

Complaint - 2

"FAMILY" must make apointment with Jail opthimatrist DR. COX AND "FULLY PAY FOR THE COST IN FULL." Then call the nurse they will Reschuole the appointment for the Inmate.

*James Keith Stol[signature]*

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would seek Amount of $ monatory Damages seen Fit And Determined By The Distric Court Judge or Jury. And made sure in the future All inmates At This Facility Recive Equal Rights To Healt Care under state & federal Laws in Indiana.

E. JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this __08__ day of __14th__ 20__23__

Respectfully Submitted,

JAMES Keith Stocker
_____
Signature of Plaintiff

# 18318
_____
Plaintiff's Prisoner ID Number

(Jail) 112, E. Emerson St. Princeton IN 476__
(Home) 203. S. Maryann Dr. Patoka IN, 47666
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

JAMES Keith Stocker
_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

Complaint - 5

**FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.