UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JAMES KEITH STOCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00128-RLY-CSW |
| | ) |
| BRUCE VANOVEN, | ) |
| GIBSON COUNTY SHERIFF'S DEPARTMENT, | ) |
| GIBSON COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

The court now enters final judgment. This action is **DISMISSED without prejudice**.

Date: 1/02/2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Doyle___

Deputy Clerk, U.S. District Court

Distribution:

JAMES KEITH STOCKER
18318
GIBSON COUNTY JAIL
Gibson County Jail
112 E. Emerson St.
Princeton, IN 47670